IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES W. BAILEY, IV, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:10-cv-689-MEF ) |
| ANDY HUGHES, *et al.*, | ) ) ) (WO- Do Not Publish) |
| DEFENDANTS. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that this case is DISMISSED. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 30th day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE